```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    21cr700-2 (DLC)
              -v-                        :
                                         :         ORDER
DAVID TRAVERS,                           :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the defendant's bail be modified to add the conditions of Surrender Travel Documents; Not Obtain a Passport or Other Travel Document; and Mental Health Evaluation and Treatment as directed.

Dated:   New York, New York
         December 7, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge