```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    21cr700(DLC)
                                        :
            -v-                         :    ORDER
                                        :
DAVID TRAVERS, and MICHELLE MARTIN,     :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference in this matter scheduled for **March 24, 2023** is moved to 3:30 PM on the same date in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         March 20, 2023

```
                        _____
                                DENISE COTE
                        United States District Judge
```