```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      21cr700-2 (DLC)
             -v-                         :
                                         :           ORDER
DAVID TRAVERS,                           :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea in this matter is scheduled for March 21, 2023 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           March 20, 2023

                                            DENISE COTE
                                 United States District Judge