```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :    S2 21cr700-2(DLC)
             -v-                        :
                                        :         ORDER
DAVID TRAVERS,                          :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter of August 1, 2023, it is hereby

ORDERED that the United States Probation Office shall prepare a Presentence Investigation Report for the defendant. Counsel for the defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS FURTHER ORDERED that sentence is scheduled for **November 9, 2023** at **2:30 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any Government submissions regarding sentence shall be due **October 27,** and the defendant's submissions shall be due **November 3.** One courtesy copy shall be sent to Chambers.

Dated:   New York, New York
         August 2, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge